No. 05–204. LEAGUE OF UNITED LATIN AMERICAN CITIZENS ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–254. TRAVIS COUNTY, TEXAS, ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.;

No. 05–276. JACKSON ET AL. v. PERRY, GOVERNOR OF TEXAS, ET AL.; and

No. 05–439.  GI FORUM OF TEXAS ET AL. *v.* PERRY, GOVERNOR OF TEXAS, ET AL.  Appeals from D. C. E. D. Tex.  Probable jurisdiction noted, cases consolidated, and a total of two hours allotted for oral argument.